# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **JAMES TOWNSEND** | **CIVIL ACTION NO. 18-937-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **WARDEN COOPER, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

# JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 22] of the Magistrate Judge previously filed herein, and after an independent review of the record, including the Objection [Doc. No. 24] filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims arising at Hunt Correctional Center against defendants Warden Tanner, Unknown Female Hunt Correctional Officer 1, Unknown Female Hunt Correctional Officer 2, Unknown Hunt Ranking Supervisor Officer 1, and Unknown Hunt Ranking Supervisor Officer 2 be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e). Plaintiff's claims arising at David Wade Correctional Center against defendants Warden Goodwin, Mrs. Hearn, and Nurse Supervisor Norris remain pending at this time.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 14th day of January, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**